AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| ROBERT BOSCH GMBH and ROBERT BOSCH LLC <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> SIC AUTOPARTS, LLC <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) CASE NO: 17-cv-14030-MIDDLEBROOKS/Lynch |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SIC AUTOPARTS, LLC
c/o Spiegel & Utrera, P.A., Registered Agent
1840 Southwest 22 Street, 4th Floor
Miami, FL  33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert H. Thornburg
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
1221 Brickell Avenue, Suite 2400
Miami, FL  33131
(305) 374-8303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jan 27, 2017
_____



**SUMMONS**

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court