**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-14030-CV-MIDDLEBROOKS/LYNCH**

ROBERT BOSCH GMBH and
ROBERT BOSCH LLC,

       Plaintiffs,

v.

SIC AUTOPARTS, LLC,

       Defendant.

_____/

**JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION
AND DISMISSAL WITH PREJUDICE**

Plaintiffs Robert Bosch GmbH and Robert Bosch LLC (collectively "Plaintiffs") and Defendant SIC Autoparts, LLC ("Defendant") move jointly, pursuant to Federal Rule of Civil Procedure 41 and Federal Rule of Civil Procedure 65, that the Court enter the Permanent Injunction and Dismissal with Prejudice attached hereto as Exhibit 1. Plaintiffs and Defendant consent to the permanent injunction, as well as consent to the dismissal with prejudice of all counts in Plaintiffs' Complaint, which was filed on January 27, 2017. (D.E. 1.)

/
/
/
/
/
/
/
/
/
/
/
/
/
/

-2-

Dated this 8th day of May, 2017.

/s/ Robert H. Thornburg

Robert H. Thornburg
Florida Bar No. 630829
E-Mail: rthornburg@addmg.com
Cameron C. Murphy
Florida Bar No. 125086
E-Mail: cmurphy@addmg.com
ALLEN, DYER, DOPPELT,
& GILCHRIST, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL 33131
Telephone:    (305) 374-8303
Facsimile:    (305) 374-8306

and

Thad Chaloemtiarana
(admitted *pro hac vice*)
PATTISHALL, MCAULIFFE,
NEWBURY, HILLIARD &
GERALDSON LLP
200 South Wacker Drive, Suite 2900
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

*Counsel for Plaintiffs Robert Bosch GmbH and Robert Bosch LLC*

/s/ Alan H. Swindoll

Alan H. Swindoll
E-Mail: attorneyswindoll@amerilawyer.com
SPIEGEL & UTRERA P.A.
1840 Coral Way, Fourth Floor
Miami, Florida 33145
Telephone:    (305) 854-6000
Facsimile:    (305) 857-3700

*Counsel for Defendant SIC Autoparts, LLC*

-2-